**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr 04-40054 SBA |
| Plaintiff, | **BRIEFING ORDER** |
| v. | |
| RONALD LAMAR BAKER, | |
| Defendant. | |

Before the Court is Ronald Lamar Baker's petition for return of property seized by the Federal Bureau of Investigation and Department of Justice [Docket No. 38]. This petition was originally filed on February 22, 2007, was opened as a new civil case, and was assigned to the Honorable Claudia Wilken under case number 07-1080. On November 9, 2007, that case was terminated and the petition reassigned to this Court. The seizure of property is related to the criminal case against Ronald Baker, Case Number CR 04-40054 SBA. On June 21, 2005, Baker pled guilty for federal drug charges and on September 27, 2005, was sentenced to 120 months in federal prison.

On July 16, 2007, Baker filed a motion entitled "Motion to Strike Prior Petition for the Return of Seized Property and File Amended Motion for the Return of Seized Property F.R.C.P. 41(g)" (Case Number 07-1080, docket no. 7). The Court will therefore strike Baker's original motion for the return of property and consider the motion filed on July 16, 2007 as the operative motion.

According to Baker, the Federal Bureau of Investigation (FBI) seized $112,151.00 in cash from him on June 4, 2004 of his arrest. He maintains that he did not receive a notice of forfeiture from the government until October 10, 2006, some sixteen months later, and more than sixty days required by 18 U.S.C. § 983(a)(1)(A)(i).[1] He therefore contends the forfeiture is not lawful, and that his property must be returned.

---

[1] Except as provided in clauses (ii) through (v), in any nonjudicial civil forfeiture proceeding under a civil forfeiture statute, with respect to which the Government is required to send written notice to interested parties, such notice shall be sent in a manner to achieve proper notice as soon as practicable, and in no case more than 60 days after the date of the seizure.

1     For the foregoing reasons, the Court orders as follows:

2  1.     The Order entered December 3, 2007 [Docket No. 39] is VACATED. Because this is a motion rather than a new civil case, no service of process is necessary.

4  2.     The United States Attorney for the Northern District of California shall file an opposition to the motion to return property, or otherwise respond to Baker's motion, no later than January 18, 2008.

7  3.     If he so chooses, Baker may file a reply brief or traverse no later than February 22, 2008.

8  4.     The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

December 4, 2007

                                            *Saundra B Armstrong*
                                            Saundra Brown Armstrong
                                            United States District Judge